# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR3566-CAB |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT ~~OF DISMISSAL~~ |
| JIMMY MENA (1), | **FILED** MAR 19 2021 |
| Defendant. | CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21 USC 952, 960 - IMPORTATION OF METHAMPHETAMINE and
21 USC 952, 960 – IMPORTATION OF HEROIN

Dated: 3/19/2021

Hon. Cathy Ann Bencivengo
United States District Judge